UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA

-against-

DAMON BAILEY,

Defendants.

21-CR-694 (JPC)

~~[PROPOSED]~~ ORDER

---

Upon the application of Damon Bailey, by his attorney Justine Harris, Esq., for an order authorizing the appointment of Anna Estevao, Esq., an associate of the firm Sher Tremonte LLP, pursuant to Criminal Justice Act, 18 U.S.C. § 3006A;

IT IS HEREBY ORDERED, that Anna Estevao, Esq., an associate of the firm Sher Tremonte LLP, is appointed *nunc pro tunc* to November 10, 2021, to assist in the representation of Damon Bailey in the above-captioned matter, pursuant to Criminal Justice Act, 18 U.S.C. § 3006A, and is authorized to bill at the rate of one hundred and ten dollars ($110) per hour.

Dated: New York, New York
       January 14, 2022

SO ORDERED

Hon. John P. Cronan
District Judge, United States District Court
Southern District of New York